United States District Court
Southern District of Texas
**ENTERED**
September 01, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION ) ) Case No. 4:23-CV-01316 |
| KAGAN REALTY INVESTORS, INC., | ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed August 30, 2023, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, KAGAN REALTY INVESTORS, INC., be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. *The parties shall bear their own fees and costs.*

Signed on this 31st day of August 2023.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE